PROB 35
(Rev. 5/2015)

**Report and Order Terminating Supervised Probation**

**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Kentucky at Lexington

UNITED STATES OF AMERICA

V.

Steven Ellis

Crim. No 5:17-CR-024-DCR-01

On May 19, 2017, the above named was placed on probation for a period of four (4) years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Steven Ellis be discharged from supervision.

Respectfully submitted,

*M F Markwell*

Melissa F. Markwell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of July, 2020

Chief United States District Judge